THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-250-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ESTUARDO CAMEY-GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court upon what may be construed as a pro se motion to appoint new counsel. [DE-21]. Defendant has been appointed counsel by the court in this matter and is represented by the Office of the Federal Public Defender. Defendant's proffered ground for new counsel appears to concern difficulties arising from an apparent language barrier between Defendant and his counsel.

Accordingly, the Office of the Federal Public Defender is hereby DIRECTED to confer with Defendant and attempt to resolve all matters raised in Defendant's pro se motion. In the event all issues impacting counsel's continued representation of Defendant are resolved, counsel shall file a notice of withdrawal of Defendant's pro se motion; in the event issues regarding continued representation remain, counsel shall file the appropriate motion.

So ordered, the 30th day of October 2009.

Robert B. Jones, Jr.
United States Magistrate Judge