THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-250-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ESTUARDO CAMEY-GONZALEZ | ) | |

This Cause comes before the Court upon Defendant's motion to advance his arraignment scheduled for June 22, 2020, to an earlier date, and for it to be held via video conference. For good cause shown, Defendant's motion is GRANTED and the arraignment and sentencing date for this matter is set for that term of criminal court commencing on June 8, 2020, and that it be held via video conference due to COVID-19.

So ORDERED this 5th day of May 2020.

_____
LOUISE WOOD FLANAGAN
United States District Judge